UNITED STATES DISTRICT COURT
FILED
AUG 25 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SONIC E-LEARNING, *doing business as* ALERTDRIVING,

Plaintiff,

v.

MOTUS, LLC,

Defendant.

24-CV-1164 (JLS) (LGF)

**DECISION AND ORDER**

Plaintiff filed the operative complaint in this action on March 19, 2025, asserting breach of contract claims and breach of the covenant of good faith and fair dealing. *See* Dkt. 21. The case has been referred to United States Magistrate Judge Leslie G. Foschio for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 14.

On May 12, 2026, Defendant filed a motion for judgment on the pleadings, arguing that the second, fourth, and fifth claims in Plaintiff's amended complaint should be dismissed. Dkts. 26, 27. Plaintiff opposed the motion, Dkt. 37, and Defendant replied, Dkt. 38.

On June 18, 2026, Judge Foschio issued a Report and Recommendation (R&R) addressing Defendant's motion. Dkt. 44. He recommends that this Court grant Defendant's motion for partial judgment on the pleadings and dismiss Plaintiff's second, fourth, and fifth claims without prejudice and without leave to

amend. *Id.* at 34. Neither party filed objections, and the time to do so has expired. *See id.* at 35 (stating that objections to the Report and Recommendation must be filed within fourteen days).

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and, based on that review, and in the absence of any objections, the Court accepts Judge Foschio's recommendation.

Thus, for the reasons in the R&R, Defendant's motion for partial summary judgment, Dkt. 44, is GRANTED, and the second, fourth, and fifth claims in Plaintiff's amended complaint are DISMISSED with prejudice and without leave to amend. The case is referred back to Judge Foschio consistent with the February 11, 2025 referral order. *See* Dkt. 14.

SO ORDERED.

Dated: August 25, 2026
Buffalo, New York

JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE